Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
rperkins@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo N.A.(incorrectly identified as Wells Fargo Financial National Bank)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA EGBERT,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | CASE NO.: 2:15-CV-01649-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Monica Egbert ("Ms. Egbert"), through her attorney David Krieger, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Egbert filed her Complaint on August 26, 2015 (Docket #1). Wells Fargo was served on September 2, 2015. The deadline for Wells Fargo to respond to the Complaint is currently set for September 22, 2015. In the interest of conserving client and judicial resources, Ms. Egbert and Wells Fargo stipulate and agree that Wells Fargo shall have until **October 23, 2015**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

21855539

Dated September 15, 2015.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Monica Egbert* | By: /s/ Tanya N. Peters<br>Amy F. Sorenson (NV Bar No. 12495)<br>Robin E. Perkins (NV Bar No. 9891)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Bank* |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

- 2 -

21855539

## ORDER

IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before October 23, 2015.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED September __16__, 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Peters_____
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*