1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kent Egbert and Monica Egbert,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-01622-GMN-PAL<br>(consolidated from 2:15-cv-01649-APG-PAL)<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiffs, Monica Egbert and Kent Egbert, and Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled

…

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **<u>ONLY as to, Experian</u>**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: May 10, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/Bob L. Olson, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant Experian* |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2016